# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

EQUITY CAPITAL MARKETS, LLC

VERSUS

CERTAIN UNDERWRITERS AT
LLOYD'S LONDON

NO.  2026 CW 0058

**APRIL 20, 2026**

---

In Re:    Equity Capital Markets, LLC, applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 750219.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

> **WRIT DENIED.**

**EW**
**CHH**

Lanier, J., dissents and would grant the writ. Under the unambiguous provisions of the policy of insurance at issue, if the parties "disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser." The evidence shows that the parties disagree on the value of the property and the amount of loss for each of plaintiff's claims. The parties do not dispute that plaintiff made written demand for an appraisal for each loss, and the policy does not contain a time limitation for such a request. Accordingly, I would reverse the trial court's denial of plaintiff's motion to compel appraisal and remand the matter to the trial court with instructions to order defendant, Certain Underwriters at Lloyd's London, to select a competent and impartial appraiser pursuant to the policy with a time set by the trial court. See **Dore v. Shelter Mut. Ins. Co.**, 2013-0545 (La. App. 1st Cir. 11/1/13), 2013 WL 5915141 (unpublished).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT